**DRUMMOND LAW FIRM, P.C.**
Craig W. Drummond, Esq.
Nevada Bar No. 11109
Liberty A. Ringor, Esq.
Nevada Bar No. 14417
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
Craig@DrummondFirm.com
Liberty@DrummondFirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALAN PRENTISS, an individual; | Case No.: 2:19-cv-00701-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE JUNE 14, 2019 HEARING AND PROPOSED ORDER THEREON** |
| THOR MOTOR COACH, INC., a Foreign Corporation; CAMPING WORLD, INC., a Foreign Corporation, WHEELER RV LAS VEGAS, LLC d/b/a CAMPING WORLD RV SALES, a Foreign Corporation; DOES I-V; and ROE CORPORATIONS VI-X, inclusive, | (First Request) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CRAIG W. DRUMMOND, ESQ., attorney for Plaintiff ALAN PRENSTISS, and NICOLE E. LOVELOCK, ESQ., counsel for Defendants, that the Motion to Change Venue, Motion to Dismiss by Defendants Camping World, Inc., and Motion to Remand scheduled to be heard on June 14, 2019 *via* the minute order issued today (Dkt. 24), be vacated and set to a date and time convenient to this Court, and, if possible June 26, 2019, June 27, 2019 or June 28, 2019.

This Stipulation is entered into for the following reasons:

1.   Counsel for the Plaintiff will be out of Nevada on June 14, 2019 for a previously scheduled family vacation with pre-paid tickets.

2. Defense counsel has agreed to continue the hearing.

3. That both sides are in the process of adding additional counsel who will be immediately moving for admission as pro hac vice. Specifically, Mr. Shalev Amar, Esq. for the Plaintiff and Mr. John Sear, Esq. for the Defendants.

4. That additional time is needed for the admission of the two out of state counsel who will be appearing for oral argument of the contested matters.

5. The additional time requested herein is not sought for purposes of delay, or any improper purpose.

6. This is the parties' first stipulation to continue the June 14, 2019 hearing in this matter.

7. The parties jointly request the matters be heard on June 26, 27, or 28, 2019, if available for the Honorable Court.

DATED this __10th__ day of June, 2019.

DRUMMOND LAW FIRM, P.C.                    JONES LOVELOCK


By: //s// Craig W. Drummond, Esq.          By: //s// Nicole E. Lovelock, Esq.
CRAIG W. DRUMMOND, ESQ.                    NICOLE E. LOVELOCK, ESQ.
Nevada Bar No. 11109                       Nevada Bar No. 11187
LIBERTY A. RINGOR, ESQ.                    6675 S. Tenaya Way, Suite 200
Nevada Bar No. 14417                       Las Vegas, Nevada 89113
810 S. Casino Center Blvd., Suite 101      *Attorneys for Defendants*
Las Vegas, Nevada 891014
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALAN PRENTISS, an individual;  )
                                                              )   **Case No.: 2:19-cv-00701-APG-GWF**
      Plaintiff,  )
                                                              )
      vs.  )   **ORDER TO CONTINUE**
                                                              )   **JUNE 14, 2019 HEARING**
THOR MOTOR COACH, INC., a Foreign  )
Corporation; CAMPING WORLD, INC., a  )
Foreign Corporation, WHEELER RV LAS  )
VEGAS, LLC d/b/a CAMPING WORLD RV  )
SALES, a Foreign Corporation; DOES I-V; and  )
ROE CORPORATIONS VI-X, inclusive,  )
                                                              )
      Defendants.  )

The Court having reviewed the Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the Motion to Change Venue, Motion to Dismiss by Defendants Camping World, Inc., and Motion to Remand scheduled for June 14, 2019 be vacated and continued to July 10, 2019 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

Page 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2019, the undersigned served the foregoing STIPULATION & ORDER TO CONTINUE JUNE 14, 2019 HEARING AND PROPOSED ORDER THEREON (FIRST REQUEST) on all counsel herein by causing a true copy to be served via the CM/ECF system, which was served via electronic transmission.

Nicole E. Lovelock, Esq.
Justin C. Jones, Esq.
JONES LOVELOCK
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

//s// AD

_____
An Employee of DRUMMOND LAW FIRM

DRUMMOND LAW FIRM
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com